FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21  AM 8: 55

Robert A. Friedman
Attorney for Plaintiff
ROBERT A. FRIEDMAN and ASSOCIATES
3410 Broadway
Everett, Washington 98201
(425) 252-5551
(425) 259-7111 (fax)

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRACY FREEL, ) | |
| ) | |
| Plaintiff, ) | Case No. F05-0018-CV (RRB) |
| ) | |
| v. ) | |
| ) | **PLAINTIFF'S UNOPPOSED** |
| JO ANNE B. BARNHART, ) | **MOTION FOR A SIX-WEEK** |
| Commissioner of Social Security, ) | **EXTENSION OF TIME** |
| ) | |
| Defendant. ) | |

Plaintiff, by and through counsel, hereby moves for a six-week extension of time until February 3, 2006, to file the plaintiff's reply brief in this matter.

Robert Friedman and Eric Schnaufer are plaintiff's co-counsel in this case. Mr. Schnaufer is responsible for preparing the opening and reply briefs. On December 12, 2005, Mr. Schnaufer, who lives in Chicago, slipped on ice at the entrance to a client's home and fractured three ribs. Currently, he is in extreme pain, on pain medication, and unable to work. Because of the demands of Mr. Friedman's other cases, and because two of the four attorneys in his office recently left and two replacement attorneys will not join his office until January 4, 2006, Mr.

ORIGINAL

Friedman is unable himself to prepare plaintiff's reply brief in this case on or before its due date of December 23, 2005. For this reason, plaintiff requests an extension of six weeks to file his reply brief.

On December 15, 2005, plaintiff's counsel contacted defendant's counsel. Defendant's counsel does not oppose plaintiff's requested six-week extension. If this Court grants this motion, the reply brief will be due February 3, 2006.

Respectfully submitted this 16th day of December 2005.

Robert A. Friedman
Attorney for Plaintiff

I certify that on or before December 16, 2005, I mailed Plaintiff's Unopposed Motion for a Six-Week Extension of Time by US Mail to counsel for the Defendant at the following addresses:

Richard L. Pomeroy
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513

Stephanie R. Martz
Special Assistant United States Attorney
701 Fifth Ave, Suite 2900
Seattle WA 98104-7075

Robert A. Friedman
Attorney for Plaintiff

**FILED**

DEC 28 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

It is so ordered this 27 day of December, 2005

Ralph R. Beistline. U.S. District Judge

F05-0018--CV (RRB)
-----------------------------------------
R. POMEROY (AUSA)
R. FRIEDMAN
12/28/05

-2-

ORIGINAL