IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRACY FREEL,<br><br>      Plaintiff,<br><br>vs.<br><br>JO ANNE BARNHART,<br>Commissioner of Social<br>Security,<br><br>      Defendant. | Case No. 4:05-cv-0018-RRB<br><br>**ORDER DENYING**<br>**MOTION FOR RELIEF** |

      Before the Court is Plaintiff Tracy Freel with a Motion for Relief Under Sentence Four of 42 U.S.C. § 405(g) (Docket No. 7).[1] Plaintiff argues:

> [The Court should] enter judgment . . . reversing the final decision of [Jo Anne B. Barnhart, the Commissioner of Social Security ("Defendant")], without a remand for rehearing, i.e., for a finding of disability and an award of benefits, or, alternatively, with a remand for rehearing, i.e., for further administrative proceedings.

---

    [1] Sentence four of 42 U.S.C. § 405(g) provides in relevant part: "The court shall have power to enter . . . a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

ORDER DENYING MOTION FOR RELIEF - 1
4:05-CV-0018-RRB

Clerk's Docket No. 7 at 1.  Defendant opposes and argues the Court "must affirm [the] decision denying benefits [because] it is supported by substantial evidence and based upon correct legal standards."  Clerk's Docket No. 8 at 1 (citing <u>Batson v. Commissioner of Social Security Administration</u>, 359 F.3d 1190, 1193 (9th Cir. 2004)).  The Court agrees.

For reasons more carefully articulated in Defendant's Brief (Docket No. 8), and because the Court concludes "[t]he Commissioner carefully weighed the evidence and applied the correct legal standards," <u>Id.</u> at 19, the Commissioner's decision is hereby **AFFIRMED** and Plaintiff's Motion for Relief (Docket No. 7) is hereby **DENIED**.

ENTERED this 23rd day of February, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE