```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

TRACY FREEL,
        Plaintiff,

                              Case Number 4:05-cv-00018-RRB

v.

JoANNE B. BARNHART
        Defendant.         **JUDGMENT IN A CIVIL CASE**

  XX   **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

that the plaintiff take nothing, that the action be dismissed on the merits, and that the Commissioner's decision is AFFIRMED.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: September 18, 2006

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

                                            IDA ROMACK
                              Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]